Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

NOT JS-6

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS SHOESOURCE WORLDWIDE, INC., a Kansas Corporation; L & J ACCESSORIES, LLC, a Florida Limited Liability Company; and DOES 1-10, inclusive. | CASE NO. 2:14-CV-06802-SJO-MRW<br><br>**ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF DEFENDANT PAYLESS SHOESOURCE WORLDWIDE, INC. WITH PREJUDICE** |

**WHEREAS**, **Plaintiff Chrome Hearts LLC** ("Chrome Hearts") having filed a Complaint in this action charging **Defendant Payless ShoeSource Worldwide, Inc.** ("Payless") with Trademark Infringement, False Designations of Origin, and Unfair Competition under federal, state, and common law arising from Payless's manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of products bearing a mark that Chrome Hearts alleges to be substantially indistinguishable/nearly identical to one or more of the Chrome Hearts Marks; and

**WHEREAS**, Chrome Hearts is the owner of the word mark "CHROME HEARTS" and various composite trademarks comprising said mark and assorted design components, including those shown below (hereinafter collectively the

"Chrome Hearts Marks"); and

| Mark | U.S. Registration No(s). | Goods/Services |
|---|---|---|
| CH Plus Mark | 3,385,449 | Jewelry, namely, bracelets, rings, watch bands, necklaces and lighters made of precious metals |
| | 3,365,408 | Retail store services in the field of jewelry, clothing, handbags, eyewear, home furnishings, bed linen and toys. |
| CH Cross Mark | 3,605,860 | Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals |

**WHEREAS**, Payless has denied Chrome Hearts' claims and asserted various affirmative defenses thereto, and has further asserted counterclaims seeking declarations of non-infringement and invalidity of one or more of the Chrome Hearts Marks; and

**WHEREAS**, the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release; and

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Judgment; and

**WHEREAS**, Payless has agreed to consent to the below terms of a permanent injunction without any admission of wrongdoing, **IT IS HEREBY ORDERED** that:

1. Payless and its agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Consent Judgment are hereby permanently restrained and enjoined from:

   (a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying,

1  shipping, marketing and/or incorporating in advertising or marketing the Disputed
2  Products shown below;

[image of bracelet with beads and cross charm]

10    (b)    Delivering, holding for sale, returning, transferring or otherwise
11 moving, storing or disposing in any manner the Disputed Products except as otherwise
12 provided in the parties' confidential written Settlement Agreement;
13    (c)    Knowingly assisting, aiding or attempting to assist or aid any other
14 person or entity in performing any of the prohibited activities referred to in Paragraphs
15 2(a) to 2(b) above.

16    **WHEREAS**, Chrome Hearts and Payless have further agreed as follows, **IT IS**
17 **FURTHER ORDERED** that:

18    2.    This Court has jurisdiction over the parties to this Final Consent Judgment
19 and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

20    3.    Chrome Hearts and Payless shall bear their own costs and attorneys' fees
21 associated with this action.

22    4.    Chrome Hearts' claims against Payless are hereby dismissed with
23 prejudice, however, such dismissal shall not have preclusive effect on those who are
24 not a party to the Stipulation or who are not specifically released in the parties' written
25 settlement agreement, all claims against whom Chrome Hearts expressly reserve.
26 Further, Payless expressly reserves its right to assert any claims it has or may have
27 against Defendant L & J Accessories, LLC, its affiliates, or insurers.
28

5. Payless's counterclaims against Chrome Hearts are also dismissed with prejudice.

6. The execution of this Consent Judgment shall serve to bind and obligate the parties hereto.

7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice as to Defendant Payless ShoeSource Worldwide, Inc. only.

**IT IS SO ORDERED.**

DATED: April 1, 2015

_____
Hon. S. James Otero
**United States Magistrate Judge**