1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   1334 Parkview Avenue, Suite 280
4  Manhattan Beach, California 90266
   Telephone: (310) 546-7400
5  Facsimile: (310) 546-7401

FILED
CLERK, U.S. DISTRICT COURT

December 10, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

6  *Attorneys for Plaintiff*
   *Chrome Hearts LLC*
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 CHROME HEARTS LLC, a Delaware      ) CASE NO. CV 14-06802-SJO-MRW
   Limited Liability Company,          )
12                                     ) **ORDER RE CONSENT JUDGMENT**
                                       ) **INCLUDING PERMANENT**
13            Plaintiff,               ) **INJUNCTION AND VOLUNTARY**
                                       ) **DISMISSAL OF ACTION WITH**
14     vs.                             ) **PREJUDICE**
                                       )
15 PAYLESS SHOESOURCE                  )
   WORLDWIDE., a Kansas Corporation;   )
16 L&J ACCESSORIES, LLC, a Florida     )
   Limited Liability Company; and DOES )
17 1-10, inclusive;                    )
                                       )
18                                     )
              Defendants.              ) **Honorable S. James Otero**
19

20     **WHEREAS, Plaintiff Chrome Hearts LLC** ("Chrome Hearts") has filed a
21 First Amended Complaint in this action charging **Defendant L&J Accessories, LLC**
22 ("L&J") with Trademark Infringement, False Designations of Origin, Unfair
23 Competition under federal, state, and common law arising from L&J's manufacture,
24 production, distribution, promotion, advertisement, offering for sale, and/or sale of
25 products bearing a mark that Chrome Hearts alleges to be substantially
26 indistinguishable/nearly identical to one or more of the Chrome Hearts Marks; and
27     **WHEREAS**, Chrome Hearts is the owner of the word mark "CHROME
28 HEARTS" and various composite trademarks comprising said mark and assorted

design components, including those shown below (hereinafter collectively the "Chrome Hearts Marks"); and

| Mark | U.S. Registration No(s). | Goods/Services |
|---|---|---|
| CH Plus Mark | 3,385,449 | Jewelry, namely, bracelets, rings, watch bands, necklaces and lighters made of precious metals |
| | 3,365,408 | Retail store services in the field of jewelry, clothing, handbags, eyewear, home furnishings, bed linen and toys. |
| CH Cross Mark | 3,605,860 | Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals |

**WHEREAS**, the parties herein have simultaneously entered into a Settlement Agreement and Mutual Release; and

**WHEREAS**, the parties hereto desiring to fully settle all the claims in this action among the parties to this Final Judgment; and

**WHEREAS**, L&J has agreed to consent to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1. L&J and its agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from:

(a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Chrome Hearts Marks and/or any marks identical, substantially indistinguishable, and/or confusingly similar thereto, including but not limited to the Disputed Products shown below;



      (b)    Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraph 2(a) above.

      **WHEREAS**, the parties have stipulated to the below, **IT IS HEREBY ORDERED** that:

      2.    This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

      3.    Chrome Hearts and L&J shall bear their own costs and attorneys' fees associated with this action.

      4.    Chrome Hearts hereby dismisses with prejudice its claims against L&J in this action, however, such dismissal shall not have preclusive effect on those who are not a party to this Stipulation or who are not specifically released in the parties' written settlement agreement, all claims against whom Chrome Hearts expressly reserve.

      5.    The execution of this Consent Judgment shall serve to bind and obligate the parties hereto.

**[CONTINUED ON NEXT PAGE]**

6. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice as to Defendant L&J Accessories LLC.

**IT IS SO ORDERED.**

DATED: December 10, 2015

_____
Hon. S. James Otero
**United States District Judge**